FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

APR - 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| JOHN EZEKEIL MORTIS, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | No.  CV 07-7204-ABC (AGR) <br><br> **JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: ____4/3/08____        _____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE